# Morgan Lewis

> Request **GRANTED**. The deadline to submit the joint letter is extended to November 6, 2022.
>
> Dated:  October 5, 2022
> New York, New York
>
> SO ORDERED
>
> */s/ Jennifer Rochon*
>
> JENNIFER L. ROCHON
> United States District Judge

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

October 5, 2022

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

**Re:   *Joyner v. Melaleuca, Inc.*, 1:22-cv-05787-JLR**
       **Request to Extend Time to Submit Joint Status Letter**

Dear Judge Rochon:

We represent defendant Melaleuca, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Rules & Practices in Civil Cases and the Court's order of September 23, 2022, we write, with the consent of counsel for Plaintiff Sharon Joyner ("Plaintiff"), respectfully to request that the Court extend the parties' time to submit a joint status letter from October 7, 2022 to November 6, 2022. This is the first request for an extension of time to submit the joint status letter. In support of this request, counsel for Defendant state that the parties are engaged in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to continue to focus on those efforts. If granted, this extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                     F +1.212.309.6001